07 CV 10720



JUDGE SULLIVAN

Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001

ATTORNEYS FOR PLAINTIFF
Delta Enterprise Corp.

NOV 3 0 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - x
DELTA ENTERPRISE CORP.,            :
                                   :
                Plaintiff,         :    Civil Action No.
                                   :
        v.                         :
                                   :
DOREL JUVENILE GROUP, INC.,        :
                                   :
                Defendant.         :
- - - - - - - - - - - - - - - - - - x
```

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Delta Enterprise Corp. ("Delta Enterprise"), by its attorneys Amster, Rothstein & Ebenstein LLP, for its complaint seeking declaratory relief against defendant Dorel Juvenile Group, Inc. ("DJG") alleges as follows:

1.    This is an action in which Delta Enterprise seeks a declaratory judgment, pursuant to 28 U.S.C. §§ 2201, 2202, adjudging and declaring that Delta Enterprise's use, in New York State and throughout the United States, of the Accused Strollers, as hereinafter defined, does not violate any proprietary rights belonging to DJG.

384625.1

## THE PARTIES

2.      Plaintiff Delta Enterprise is a New York corporation having an office and doing business at 114 West 26th Street, New York New York 10001.

3.      Upon information and belief, Defendant DJG is a corporation organized and existing under the laws of Massachusetts, having an office and doing business at 45 Dan Road, Canton Commerce Center, Canton Massachusetts 02021.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over the action pursuant to 15 U.S.C. § 1121; 28 U.S.C. §§ 1331, 1338(a), as the matter in controversy involves claims pertaining to asserted trade dress.

5.      Upon information and belief, Defendant DJG is doing business in the State of New York, has transacted business relating to the subject matter of the claims asserted herein in the State of New York, has committed some or all of the acts complained of herein in the State of New York, has authorized the sending of two letters claiming trade dress infringement to Delta Enterprise in the State of New York, and is subject to personal jurisdiction in the United States District Court for the Southern District of New York.

6.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c).

## FACTS

### Delta Enterprise

7.      Delta Enterprise is a well known manufacturer and seller of a wide range of baby and children's products, including cribs, bassinets, changing tables, toddler beds, and baby strollers.

8.    Delta Enterprise has been in business for over 40 years.

9.    In or about 2006, Delta Enterprise began selling a line of strollers under the designations "Buggy 400 Stroller" and "Buggy 300 Stroller" (collectively, the "Accused Strollers"). True and correct photographs of the Accused Strollers are annexed hereto as Exhibit 1.

**DJG**

10.    Upon information and belief, DJG is engaged in the business of manufacturing and distributing children's products, including car seats and strollers.

**DJG's Cease and Desist Letter**

11.    On or about October 8, 2007, Delta Enterprise received a cease and desist letter from counsel for DJG in which DJG accused Delta Enterprise of infringing the trade dress of DJG's QUINNY ZAPP, QUINNY BUZZ and FORAY strollers ("DJG's Strollers"). The letter demanded that Delta Enterprise "immediately remove [the Accused Strollers] from the market, and . . . agree not to sell strollers which so closely resemble our client's trade dress." The letter ended by stating "Please do not underestimate the seriousness of this matter. We expect your response within 10 days." A true and correct copy of the October 8, 2007 letter is attached as Exhibit 2.

12.    On or about October 18, 2007, counsel for Delta Enterprise wrote to counsel for DJG, asking for articulation of the specific trade dress claimed by DJG in its strollers, and advising counsel of the difficult standards a plaintiff must meet in order to be entitled to trade dress protection. A true and correct copy of the October 18 letter is annexed hereto as Exhibit 3.

13.    By letter dated November 6, 2007, counsel for DJG claimed trade dress in the "overall look and feel" of DJG's Strollers, and argued "in particular, the frames are virtually identical."    DJG's counsel reiterated its demand that Delta Enterprise "immediately remove the [Accused Strollers] from the market." A true and correct copy of the November 6 letter is annexed hereto as Exhibit 4.

14.    As a result of the chain of events set forth above, and most importantly, the October 8 and November 6, 2007 letters, DJG has created a substantial and continuing justiciable controversy as to DJG's right to threaten and maintain suit against Delta Enterprise for trade dress infringement and related causes of action relating to DJG's Strollers ("DJG's Purported Trade Dress").    Delta Enterprise has a reasonable apprehension and fear that litigation will be commenced against it by DJG in connection with the Accused Strollers.

## DJG'S Strollers Are Not Entitled To Trade Dress Protection

15.    Upon information and belief, DJG's Strollers are not entitled to trade dress protection because DJG will be unable to meet its burden to show that DJG's Purported Trade Dress is non-functional.    Specifically, upon information and belief, DJG's Purported Trade Dress is functional because it is essential to the use or purpose of DJG's Strollers and/or affects the cost or quality of the strollers.

16.    Upon information and belief, DJG's Purported Trade Dress is also functional because it relates to the manner in which the stroller supports the child and/or enables the stroller to fold easily and safely into a compact folded orientation and the trade dress is an aesthetic feature, and DJG's right to use the trade dress exclusively would put competitors at a significant non-reputation-related disadvantage.

17.    Upon information and belief, DJG's Strollers are not entitled to trade dress protection because DJG's Purported Trade Dress lacks the secondary meaning required for protection of designs, such as a stroller, which consist of a product configuration. In particular, upon information and belief, DJG will be unable to establish that, in the minds of the public, the primary significance of DJG's Purported Trade Dress is to identify the source of the strollers rather than the strollers themselves.

18.    Further, upon information and belief, DJG's Purported Trade Dress lacks secondary meaning because the trade dress is a common stroller design put on the market by other sellers.    True and accurate representative examples of third party strollers incorporating this common design are annexed hereto as Exhibit 5.

19.    Upon information and belief, DJG's Purported Trade Dress is not entitled to protection because it is composed entirely of commonly used elements (*see, e.g.*, Exh. 5), and is therefore generic.

20.    Upon information and belief, DJG's Strollers are not entitled to trade dress protection because DJG has not identified the discrete elements of its Purported Trade Dress and instead, has only provided a vague and broad definition of its Purported Trade Dress.

## There is No Likelihood of Confusion

21.    Upon information and belief, even if DJG's Strollers are entitled to trade dress protection, there is no likelihood of confusion between DJG's Strollers and the Accused Strollers, since, among things, the Purported Trade Dress is weak due to third party use of similar designs (*see* Exhibit 5).

## COUNT I

22.    Delta Enterprise repeats and realleges the preceding paragraphs as if fully set forth in this paragraph.

23.    Delta Enterprise's first claim is for a declaratory judgment under 28 U.S.C. §§ 2201, 2202. An actual controversy exists with respect to DJG's claimed rights under 15 U.S.C. § 1125(a) of the Trademark Act and Delta Enterprise's right to manufacture and sell the Accused Strollers.

24.    DJG's Strollers are not entitled to trade dress protection under Section 43(a) of the Trademark Act.

## COUNT II

25.    Delta Enterprise repeats and realleges the preceding paragraphs as if fully set forth in this paragraph.

26.    Delta Enterprise's second claim is for a declaratory judgment under 28 U.S.C. §§ 2201, 2202. An actual controversy exists with respect to DJG's claimed rights under § 43(a) of the Trademark Act, 15 U.S.C. § 1125(a) and Delta Enterprise's right to manufacture and sell the Accused Strollers.

27.    The Accused Strollers do not and will not infringe DJG's Strollers since there is no likelihood of confusion between DJG's Strollers and the Accused Strollers.

## PRAYER FOR RELIEF

WHEREFORE, Delta Enterprise prays for judgment as follows:

I.    A judicial declaration by this Court that Delta Enterprise is entitled to continue to manufacture and sell the Accused Strollers and that the Accused Strollers do not violate any proprietary rights belonging to DJG.

II.    An injunction restraining and enjoining DJG, or any of its respective officers, agents, servants, employees and attorneys, and any party in privity with any of them, from asserting or threatening infringement of any rights under Section 43(a) of the Trademark Act against Delta Enterprise relating to Delta Enterprise's manufacture and sale of the Accused Strollers.

III.    An Order directing such other and further legal and equitable relief as this Court may deem just and proper.

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
Attorneys for Plaintiff Delta Enterprise Corp.
90 Park Avenue
New York, New York  10016
(212) 336-8000

Dated: November __, 2007          By _____
       New York, New York                    Neil M. Zipkin

# Buggy 300 Stroller

 • Foot Cover

 • Comfort Grip Telescopic Handles

 • Quick Release Dual Brake System

 • Car Seat Holder

 • Adjustable Footrest & Removable Bumper

 • Reversible Seat Unit With Multi Position Recline



 • Reversible Seat Unit With Three Position Recline

 • Stands When Folded
33"H x 23.5"W x 15"D

# Buggy 400 Stroller





- Quick Recline Seat
- Multi-Position Canopy



- Ergonomic Comfort Grip Handles
- Handle Support Lock

- 5 Point Safety Harness



- Swivel Front Wheels
- Front Wheel Lock
- Spring Wheel Shock Absorbent



- Car Seat Holder





- Stands When Folded
  30"H x 14.25"W x 12.5"D

- Quick Release, Dual Brake System
- Red Pedal Locks/Grey Pedal Unlocks Both Wheels



10/08/2007 16:21 FAX 3172317433          BARNES&THORNBURGLLP                    ☎002/009

# BARNES&THORNBURG LLP

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

www.btlaw.com

Julia Spoor Gard
(317) 231-7439
Email: julia.gard@btlaw.com

October 8, 2007

## *VIA FACSIMILE & CERTIFIED MAIL*

Delta Enterprise Corp.
114 West 26th Street
New York, New York 10001

     Re:    Infringement of Quinny Stroller Design
              Our File: 20341-200905

Dear Sirs:

    We represent Dorel Juvenile Group, Inc. Our client is well known as a manufacturer and distributor of a wide range of children's products, including car seats and strollers. In particular, our client has become increasingly well known for its QUINNY ZAPP and QUINNY BUZZ strollers (photograph of the QUINNY stroller attached as Exhibit A). Our client has also recently started to show a related stroller, the FORAY (photograph of the FORAY stroller attached as Exhibit B).

    These stroller designs are highly unique and distinctive, and were designed with great care by our client in order to identify the source of the stroller to a very particular and selective group of purchasers. Our client's strollers have achieved tremendous press throughout Europe and the United States, and have become a highly desired product for discerning parents.

    It has recently come to our client's attention that you are now offering two strollers which copy the look and feel of our client's stroller almost exactly (pages from the Simmons Stroller Line catalog attached as Exhibit C). In particular, the stroller frames are absolutely identical to our client's frame, which makes the overall look of the stroller so similar that purchasers are very likely to believe that these are, in fact, our client's strollers. Thus, your use of a virtually identical product design constitutes trademark infringement, trade dress infringement, unfair competition, false designation of origin, and false description. 15 U.S.C. § 1114; 1125; 15 U.S.C. § 1125 (see (1)).

    We must therefore demand that you immediately remove the strollers featured in attached Exhibit C from the market, and that you agree not to sell strollers which so closely resemble our client's trade dress, as represented in attached Exhibits A and B.

Delta Enterprise Corp.
October 8, 2007
Page 2

   Please do not underestimate the seriousness of this matter.  We expect your response within 10 days.

       Sincerely,

       Julia Spoor Gard

JSG/wlb
Attachments
cc: Dorel Juvenile Group, Inc.

INDS02 JXS 924435v1

BARNES &THORNBURG LLP

Exhibit A



*Quinny*

*Exhibit B*



*Foray*

*Exhibit C*

# Buggy 400 Stroller




- Quick Recline Seat
- Multi-Position Canopy


- Ergonomic, Comfort Grip Handles
- Handle Support Lock


- 5 Point Safety Harness


- Swivel Front Wheels
- Front Wheel Lock
- Spring Wheel Shock Absorbent


- Car Seat Holder


- Stands When Folded 30"H x 14.25"W x 12.5"D


- Quick Release,Dual Brake System
- Red Pedal Locks/Grey Pedal Unlocks Both Wheels

## Buggy 300 Stroller

 • Foot Cover

 • Comfort Grip Telescopic Handles

 • Quick Release Dual Brake System

 • Car Seat Holder

 • Adjustable Footrest & Removable Bumper

 • Reversable Seat Unit With Multi-Position Recline





• Reversible Seat Unit With Three Position Recline



• Stands When Folded
33"H x 23.5"W x 15"D



QUINNY TM





QUINNY TM



# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

| Partners | | | |
|---|---|---|---|
| Morton Amster | Kenneth M. Bernst. | Max Vern | Norajean McCaffrey |
| Jesse Rothstein (1934 - 2003) | Joseph M. Casino | Karl J. Kolbinger | Benjamin M. Halpern* |
| Daniel Ebenstein | Michael V. Solomita | Brian A. Comack | Matthew A. Fox |
| Philip H. Gottfried | | Richard S. Mandaro | Michael J. Kasdan |
| Michael J. Berger | *Senior Counsel* | Marc J. Jason | Rebecca R. Eisenberg |
| Neil M. Zipkin | Charles R. Macedo | Elie H. Gendloff, Ph.D. | Jason M. Rockman |
| Anthony F. Lo Cicero | John S. Economou | David Mitnick | Stuart Shapley |
| Kenneth P. George | Marion P. Metelski | Charles W. Rath | Howard Wizenfeld |
| Abraham Kasdan, Ph.D. | | David A. Boag | Steven B. Gauthier |
| Ira E. Silfin | *Associates* | Matthieu Hausig | Peter R. Vogel |
| Chester Rothstein | Patrick Boland* | Jung S. Hahm | Brett M. Pinkus* |
| Craig J. Arnold | Holly Pekowsky | Reiko Kaji | |
| | Michael P. Kenney | Alan D. Miller, Ph.D. | *Not admitted in New York* |

October 18, 2007

<u>VIA FACSIMILE</u>
Julia Spoor Gard, Esq.
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535

Neil M. Zipkin
Direct 212 336 8120
E-mail nzipkin@arelaw.com

> Re:   Delta Enterprises Corp.
>       Dorel Juvenile Group, Inc. - Stroller Design
>       Your File: 20341-200905
>       <u>Our File: 29345-0018</u>

Dear Ms. Gard:

Our firm is intellectual property counsel for Delta Enterprise Corp. of New York, New York ("Delta"). We have been asked to respond to your letter dated October 8, 2007 written on behalf of Dorel Juvenile Group, Inc. ("Dorel") charging that certain strollers offered by Delta violate your client's trademark and/or trade dress rights.

We have started our evaluation of your claim. However, in order to respond appropriately, it is necessary that you articulate the specific trade dress of your client purportedly embodied in the two stroller designs that you assert have been copied. If the elements comprising the trade dress are not specified the claim is insufficient as a matter of law. *Yurman Design, Inc. v. Paj, Inc.* 262 F. 3d 101, 114 (2d Cir. 2001).

Also, as you well know, trade dress embodied in the design of a product is not inherently distinctive, *Samara v. Wal-Mart*, 529 US 205 (2000). Thus, the burden is on the party asserting rights to demonstrate that the purported trade dress was primarily intended as a source indicator, *Knitwaves, Inc. v. Lollytogs, Ltd.,* 71 F. 3d 996, 1009 (2d Cir. 1995), and that it has acquired secondary meaning, *Samara* 529 U.S. at 316. Kindly advise us how and to what extent Dorel has promoted the asserted trade dress embodied in each of the QUINNY and FORAY strollers. As best we can tell from the photographs, each of the two strollers are different. Thus, to the extent you are seeking to protect trade dress present in one stroller but not the other or trade dress in the overall products, since the products are different, it is necessary for you to separate the information for each product.

382644.1

Julia Spoor Gard                          -2-                          October 18, 2007

As you can see from the above there are serious questions as to the legal sufficiency of the trade dress infringement claims made on behalf of Dorel. Thus, we demand that until this matter is sorted out, your client respect Delta's right to compete and that it not seek to improperly hamper Delta's efforts to market its competitive goods.

We look forward to your early response so that this matter can be resolved.

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

Neil M. Zipkin

NMZ/vlj

cc: Delta Enterprises Corp.

382644.1

# BARNES & THORNBURG LLP

11 South Meridian Street
Indianapolis, IN 46204-3535 U.S.A.
(317) 236-1313
Fax (317) 231-7433

Julia Spoor Gard
(317) 231-7439
Email: julia.gard@btlaw.com

www.btlaw.com
November 6, 2007

*VIA FACSIMILE*

Neil M. Zipkin
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016



Re:    Delta Enterprise Stroller Design
       Your File: 29345-0018
       Our File: 20341-200905

Dear Mr. Zipkin:

This responds to your letter of October 18, 2007. As we stated in our earlier letter, and as we discussed on the phone, your client has copied the overall look and feel of two of our client's stroller designs. When viewed side by side (as per attached), it is difficult to say what features your client has not copied; virtually every aspect of the two strollers are identical.

The fact that our client has more than one stroller design is irrelevant; the test is whether consumers have come to view the design of the stroller as indicative of the source of the stroller. The fact that your client has copied both of our client's stroller designs is merely evidence of your client's bad faith in seeking to trade off of our client's success with these strollers. In particular, the frames are virtually identical. Attached are representative articles which show that the public looks to the frame to denote the source or origin of this particular stroller. Because your client has so clearly copied our client's frames, it is very likely that the public will assume that your client's strollers are our client's strollers, or that your client's strollers are a low end alternative manufactured by our client.

Our client has no desire to prevent your client from competing in the marketplace; however, our client cannot allow consumers to be confused as to the source of the two strollers at issue. Our client has no objection to the other stroller designs featured in your client's catalog, but we must reiterate our demand that your client immediately remove the two strollers in the attached photo from the market.

Sincerely,

Julia Spoor Gard

JSG/wlb
cc:    Dorel Juvenile Group, Inc.
INDS02 JXS 933469v1

Chicago     Elkhart     Fort Wayne     Grand Rapids     Indianapolis     South Bend     Washington, D.C.

Foray



Delta



Quinny



Delta





## ROLL WITH IT

The wind in your hair, the sun on your face — celebrate the joys of pedaling to the office by joining the Bike to Work Rally at Daley Plaza from 7:30 a.m. to 3 p.m. Friday. Includes food, entertainment, raffles and more.



## HELP WITH THE HUNT

Head to jump.suntimes.com for helpful resources for job-hunting grads.

---

> "I've been out and about with [the Quinny Buzz] and we've had quite a few people asking where we got it. Everybody is looking at it."
>
> JILL ECKART, North Center resident with a great Quinny Buzz

## BABY'S BEST **RIDE**

Celebrities' strollers come in a tony price range:



**BUGABOO**
Price tag: $760 (Frog) or $920 (Cameleon, shown above)
Celebrities pushing it: Gwen Stefani, Heidi Klum and Seal, Tobey Maguire

**PEG PEREGO PLIKO**
Price tag: $330
Celebrities pushing it: Rachel Weisz, Sofia Coppola, Jack Black, Jenny Garth, Shanna Moakler




**MACLAREN TECHNO XT**
Price tag: $300
Celebrities pushing it: Ben Affleck and Jennifer Garner, Adam Sandler

**SILVER CROSS**
Price tag: $600-$3,000, depending on model
Celebrities pushing it: Maggie Gyllenhaal, Catherine Zeta Jones, Sarah Jessica Parker, Gwyneth Paltrow, Madonna, Kate Moss, Angelina Jolie



**ORBIT BABY'S ORBIT INFANT SYSTEM**
Price tag: $900
Celebrities pushing it: Tori Spelling, Jamie Pressly, Elvis Costello, Diana Krall

Sources: www.celebrity-babies.com, the Right Start, Babies R Us, www.tinymide.com

---

stroller hunting for about two years." "I'm keeping track of all the double strollers out there," she said.

She, a 3-year-old son Joshua and 15-month-old daughter Abigail use their Mountain Buggy Urban double stroller every day, she said.

"Did I get a good value for what I paid?" she asks herself when seeing the different strollers. "Did I spend my money well?"

And while the boom has not yet faded on the Bugaboo, the next big thing in strollers — and stroller hawking — is set to launch Aug. 13. That's when a unique child-car seat is scheduled to be released to fit the Quinny Buzz stroller, said Antonio Arce, lead salesman at the Right Start, 2121 N. Clybourn. He predicts already brisk sales of the Quinny Buzz will skyrocket.

The Quinny Buzz, which features a gas hydraulic lift for opening and closing the stroller and "bright and hip" colors like orange and lime green, is currently the top seller in Europe with a basic price tag of $500. The car seat is $150 and a bassinet attachment is another $190.

Jill Eckert of North Center steers 4-month-old son William in a green Quinny Buzz, which she said generates a lot of gawking — and stroller hawking.

"I've been out and about with it and we've had quite a few people asking where we got it," she said. "Everybody is looking at it."

She said she didn't want a Bugaboo because they're too mainstream. The Quinny Buzz is different and now "they'll be trend-setters, right," William?" she said, looking into her cooing baby's eyes. "We'll be trendsetters."

---

## Now what? asks grad



**GENERATION Y** After two decades of school, classes are over and she's freaking as she faces the rest of her life

BY TIFFANY BREYNE
tiffany.breyne@gmail.com

A few days ago I proclaimed myself the Queen of Lazyville and pronounced my couch my throne. I figured if I was going to be unproductive, it might as well be in a majestic sort of way.

The truth is I was nursing a slight hangover and complicating matters by watching bad movies and procrastinating on writing this column. I've really got nothing more urgent to do these days anyway. And that's what scares me.

When I was about 14 I got a job helping the kitchen staff at the local VFW hall and have almost always held a job since then. The longest I've gone unemployed was a month, and it was hell having no cash or scheduled duties, sometimes I even had two jobs on top of school because I liked filling my time. Plus, I saved up money so when I graduated, I'd have dough.

So I saved the cash, got cold grades and worked hard to make it through college and have a successful life afterward. Turns out, that money didn't go as far as I thought it would, grades aren't the deciding factor for potential employers and I have no clue what I'm doing post-graduation.

It seems my preparations were really just imaginative ways to pass the time and plan for a future I've never known — too much about. Just like my day of "imperial" TV watching, I've managed to make everything an illusion: "If I work these two jobs, I'll have even more money and responsibility, much like an adult would." "If I actually read the homework, I'll get good grades and be super successful." "One more beer won't hurt." (Not so productive, but an illusion — nonetheless.)

It has been four weeks since I graduated, and I'm experiencing those dreaded thoughts of "Now what?" I al-

ways heard it was a big change from school to the "real world." I guess it never hit me until I was shot out of 50-hour weeks to days of finding ways to pass the time.

I'd like to think it's a flaw in the system. We're set to follow a regimen of "school, summer, repeat" for nearly two decades of our lives, and we learn that grades are almighty and peers can be both the friend and the enemy. Then one day we all put on these silly robes, put square hats on our heads and poof! Our life as we know it is over, and good luck figuring out the rest!

I suppose the flaw isn't in the system, but in my inability to stop living the illusion and get into reality. This is my successful self after. I'm moving back home, as I said I never would, and I'm not making $100K, as I always hoped, but that's OK. This is normal, everyone tells me.

Luckily, I'm starting a server job at a suburban restaurant this week, so cash will, we hope, be flowing and I won't have so much free time to freak out about my life. Being Queen of Lazyville was fun for a day, but I'll step down from the throne and rule my own future. Farewell, commoners.

---



Discount **Sale** of the Week

$349   $149   $799
$699

**Milwaukee Furniture**

2501 N. Harlem Ave.   3155 S. King Dr.   1321 N. Milwaukee Ave.
Chicago, IL 60707   Chicago, IL 60616   Chicago, IL 60622
(773) 889-2222   (312) 225-6677   (773) 292-1000

52 | SHOWCASE    WEDNESDAY, JUNE 21, 2006 | THE CHICAGO SUN-TIMES

IT'S YOUR WORLD

# LIFESTYLES

To reach us: lifestyles@suntimes.com

### GO ECO

Site-seeing for a place to purchase eco-friendly items? PriceGrabber.com today launches its new online resource for consumers looking to spend their green on green products. It boasts more than 20,000 items — from cosmetics to organic pet foods. Go to shopper.pricegrabber.com.



Amy Cataldo and her children — Joshua (left), 3, and Abigail, 15 months — take a Bugaboo stroller walk through Lincoln Park last week. They use their Mountain Buggy Urban model every day, Cataldo says. | BRIAN JACKSON~SUN-TIMES PHOTOS



Hans Mundahl of the Right Start in Lincoln Park demonstrates the Quinny Buzz stroller's hydraulic lift, which opens and folds the stroller with a click of a button.

# HOT
# WHEELS

### ARE YOU A STROLLER HAWK?
High-end strollers are pricey status symbols that attract lots of attention for a family's personal statement

BY TARA SPATE
tspate@suntimes.com

What a year, once simply four wheels, a handle and a lovely spot to nap, the stroller has morphed into a status symbol for others.

The high-end stroller, which exploded in 2005 with the introduction of the Bugaboo from the American market and sidewalks, continues to grow.

With the corresponding craze, there also consider the limited edition Maclaren (Type A?) selling for more than $4,000.

Curiosity, envy or just a compulsion to keep tabs on the evolving world of strollers engineering ...

And though Chicago's stroller hawks aren't above snapping pictures of ...

[remaining column text illegible]



 Best new strollers

## Stunning space saver

No room? No problem. The mod **Quinny Zapp** offers the most compact fold available. The stain-resistant stroller comes fully loaded with a travel bag, rain shield, and car-seat adapter, so it's as practical as it is stylish. **($240; egiggle.com)** *"My friend said it looked like it belonged to Sarah Jessica Parker! But its real moment of greatness? I was able to take my just-had-his-shots son out, fold it up, and put it away before he burst into tears."*

—Jennifer Ellison, mom of Peyton, 2, and Richard, 6 months Fairfield, CA

## Double delight

Suffer from stubbed-toe syndrome? **Baby Planet's Unity Sport** twin stroller has a recessed rear middle wheel so you don't have to take baby steps. And there's no need to stretch to steer, either—its handle is single-stroller size and is super at maneuvering. **($290; babiesrus.com)** *"The padded five-point harnesses keep my twins comfortable and in their seats—no easy task with little climbers."*

—Johna Jackson, mom of Ian, 5, and Luke and Owen, 2, Union, WV











Free shipping with
site(to)store

Sign In or create a new account.
Cart | My Account | Track Order | Help
Registry | Wish List | Gift Cards

 SEARCH  Baby Products   FOR          FIND    See all departments

You are here: Home Page > Baby > Strollers > Travel Systems

# EVENFLO ELLIPSA LX TRAVEL SYSTEM, TATTERSTALL



**$188.67**

**Availability:**
• Online - **NOT SOLD ONLINE**



**Information below:**
• Features & Specifications
• Warranty Information
• Gifting Options
• 0% Interest Offer / Payment
  Options
• Shipping & Delivery

 

⊕ Enlarge Image

## Features & Specifications

The Ellipsa Travel System provides intuitive features in a high-fashion design. The new one-hand trigger activates the smooth ArcFold and the new Total Eclipse canopy positions to protect baby from sun and wind. This travel system features the Embrace infant car seat.

- The Evenflo Ellipsa Travel System offers one hand, trigger activated ArcFold to provide the smoothest fold action available
- Patented one-hand steer allows easy maneuverability through doorways and whenever mom needs an extra hand
- New one-hand EasyGrip seat recline is the only infinite recline that does not use straps; operates with one hand and provides support for baby at any angle
- Total eclipse full coverage canopy with covered window positions to any angle while protecting baby from the weather and can extend to completely cover the baby
- The removable child's tray insert is dishwasher safe and allows a clean space for baby's food and toys
- Easy access storage under the parent console
- Oversized storage basket fits all of baby's and mom's gear
- Full recline with integrated boot enclosed the seating area and stores easily into integrated pouch
- Parent organizer tray with automotive style cup "grippers" prevents spills and holds up to 2 beverages
- Head support pillow provides extra support in the stroller for baby's head
- The top activated brakes toggle from locked to unlocked
- Large ComfortGlide wheels with swivel locks provide a smooth ride over rough terrain
- This travel system features the Embrace 5-point infant carrier which provides seamless

travel from home to car to stroller for infants between 5 and 22lbs
- Patented EZ carry handle with soft grip is the most intuitive handle design with improved grip area and easier positioning
- Position right base with position indicator shows adjustment level
- Central track ball level indicator
- Infant head pillow provides additional support for baby
- Removable harness covers provide added comfort for baby

| | |
|---|---|
| Shipping Weight (in pounds): | 53.68 |
| Product in Inches (L x W x H): | 42.0 x 24.25 x 43.0 |
| Assembled in Country of Origin: | USA |
| Origin of Components: | USA |
| Wal-Mart No.: | 002659720 |

Top of Page

## Warranty Information

**Length of warranty:** See details

Top of Page

## Gifting Options

The following available options may be selected during checkout:

**Gift Message:** Add a personal note that we'll include with your gift.

**Gift Receipt:** When you add other gift options, we'll include a receipt that keeps the price a secret but makes it easy to exchange or return an item.

Top of Page

## 0% Interest Offer / Payment Options

### Enjoy Great Financing!



Make the most of your shopping with these great Wal-Mart® Discover® or Wal-Mart Credit Card financing offers:

- Minimum monthly payments required
- Offer available on a Walmart.com purchase of $497 or more until October 31, 2007
- Purchase must be made with a Wal-Mart® Discover® or Wal-Mart® Credit Card

Offer Details and Card Application

### Other Payment Options

- Bill Me Later® — see details
- Wal-Mart Credit Card
- Wal-Mart Gift Card
- Visa, MasterCard, American Express, Discover and Wal-Mart Discover issued by U.S. banks only*
- Debit cards (also called check cards, ATM cards or banking cards) which display a Visa or MasterCard logo on the front.

* This does not include the Wal-Mart Community and Business Card, which we are not able to accept.

We're sorry, but at this time we do not accept checks, money orders or credit cards issued by foreign (non-U.S.) banks. Please do not send cash.





# CORE
## CLASSIC STROLLER

**WCS-10010 Frame +CarSeat**

**WCS-10010 with Deluxe seat**

**WCS-10010 Frame+CT06 CarryCot**

*This new stroller has had many new innovative unique designs, not only it is made of deluxe anodized aluminum frame with lightweight advantage ,but also it has the "center suspension system" that is very different than the other available strollers with suspension on the wheels construction in the current market, except one hand folding mechanism, the ergonomic handle is adjustable in different angles to fit tall or short people, there is a very unique innovative "Wire lock brake system" on the rear leg that is un-visible, also it has a swivel cane holder that can be hidden in the handle center store plastic box, the biggest advantage for this stroller is to have the plastic adaptor that can fit with Carry Cot & Car Seat, and the stroller seat room is very large for baby or children very comfortable to sit, but the folding unit size is very small for easy carry.*







# CORE
## CAFE STROLLER





**WCS-10030 Frame+CarSeat**     **WCS-10030 Deluxe Seat**     **WCS-10030 Frame +CarryCot**

---

*This new stroller has had many new innovative unique designs, not only it is made of deluxe anodized aluminum frame with lightweight advantage ,but also it has the "center suspension system" that is very different than the other available strollers with suspension on the wheels construction in the current market, except one hand folding mechanism, the ergonomic handle is adjustable in different angles to fit tall or short people, there is a very unique innovative "Wire lock brake system" on the rear leg that is un-visible, also it has a swivel cane holder that can be hidden in the handle center store plastic box, the biggest advantage for this stroller is to have the plastic adaptor that can fit with Carry Cot & Car Seat, and the stroller seat room is very large for baby or children very comfortable to sit, but the folding unit size is very small for easy carry.*

---



**Handle/Store box**     **Deluxe Seat**     **Footcover**     **WCS-10030 W/Deluxe**     **WCL-FB806**

# TRAVEL SYSTEM





**WCL-F005**

**Travel system**





**Recline seat**

**With footcover**

## WCL-H2994 , 2 in 1 Stroller

- *Handle angle adjustable,*
- *One hand folding*
- *Removable bumper.   * Brake from handle*
- *Folding stand.   * Automatic folding hook.*
- *3-position reclining adjustable.*
- *Meet EN Standard*



**Removable front bumper**



**Adjustable recline seat**



**Folding**



**WCL-F005Car Seat**



## WCL-H292 , 2 in 1 Stroller

- *Removable front bumper bar*
- *One touch rear brakes*





Luxurious system







Reversible seat with adjustment in angle and direction

Adjustable handle in length and direction

Swiveling, positioning and removable front wheels

Removable armrest from one side

Removable canopy

Hand brake

Removable rear wheels

Iron Gray          Pink          Khaki          Grey          Green          Bl

For Children

# TUNGTZU INDUSTRIAL CO.,LTD.

TAIWAN

CHINA

# COSATTO







# CABI 3 IN 1 COMBI





COBALT

## STAGE THREE: PUSHCHAIR MODE

1  'In' and 'Out' facing seat

2  Removable and washable covers

3  Suitable from 6 months with
   3 position recline

4  Removable, adjustable bumper bar

5  It comes with a 4 year guarantee



Hail a ride! Cabi –
the funkiest Combi
on the street!



| | seat width 33cm depth 21cm | | back rest height 47cm |  2.5 | seat weight 2.5kg |



www.cosatto/register





Cosatto Sales Ltd, Lakeside View, Bentinck Street, Farnworth, Bolton, Lancashire BL4 7EP
Tel: 0870 050 5900  Fax: 0870 050 5903

# bumbleride

home   details   collection   retailers   faq   press   register   updates   gallery

+ contact us

compare all models

## indie

⌐ instruction
manual

ⓠ video

details

technical
specifications

standard
accessories

optional
accessories



hover over thumbnails to view larger size

image gallery  ○

bamboo  ◉
koa  ●
marine  ●
ruby  ●

send me news | tell a friend

© 2007 Bumbleride. All Rights Reserved.



Free Shipping over $ 49.95!

StrollandGo.com

| Home | About US | Contact US | MY ACCOUNT | View CART | Stroller GUIDE | Live HELP |

Search

Home > Strollers > BumbleRide

View Cart / Secure Checkout
Call Us: 1-888-553-3933

**Our Products**
- Stroller
- Car Seats
- Diaper Bags
- Travel Accessories
- For The Home
- Gift Certificate

**Stroller Brands**
- Baby Jogger
- Baby Planet
- BOB
- Bugaboo
- BumbleRide Stroller
- Combi
- Dreamer Design Strollers
- Jane Stroller
- Joovy Stroller
- Mia Moda Strollers
- Peg Perego
- Phil And Teds
- Rock Star Baby Stroller
- Stroll-Air
- Uppa Baby Stroller
- Valco Stroller
- All Strollers

**Customer Service**
Toll-Free: (888)-553-3933
- Order Status
- Review Cart
- Contact Us
- Shipping Policy
- Return Policy
- Privacy Policy

**Stroller Guides**
- Stroll And Go Blog
- BumbleRide Flyer Stroller
- Bugaboo Stroller
- Valco Twin Stroller
- Combi Double Stroller
- Peg Perego Aria

# BumbleRide Indie Stroller

Sku: bu-i- | Stock: In-Stock



Product Specs

**Now Available**

**Weight:** 20 lbs

**Capacity:** 45 lbs

**Standing height:** 34.5"

**Standing length:** 36"

**Standing width:** 24.5"

**Folded height:** 15"

**Folded length:** 32"

**Folded width:** 24.5"

Our Price:                  $399.99
**Shipping: $0.00  Tax: $0.00**

## PLACE YOUR ORDER HERE

**1. Color/ Patterns**
Choose Color

**2. Choose Quantity:**  1

3.    Add To Shopping Cart

     Zoom Image        Image Gallery

+ Description        + Instructions
+ Features           + Email A Friend

Suggestions

BumbleRide Flyer - $329.00

BumbleRide Rain Cover - $28.99

Carry You Sienna - $39.95

what's included

Footmuff, Cup Holder, Bumper Bar, Universal Car Seat

Online Instructions

Not Available           Get Adobe Reader

BumbleRide Indie Stroller Description

At only 20 pounds, the Indie is the lightest in its class. Its light weight, coupled with its

BumbleRide Indie Stroller, New Bumbleride Stroller at Stroll And Go 10/16/2007    Page 2 of 3

Stroller
    Double Stroller with
Infant Car Seats

 Mailing List

Subscribe to our Newsletter.
Enter your Email address below
and press the GO button.

 GO

◉ Subscribe

○ Unsubscribe


HACKER SAFE
TESTED DAILY 16-OCT

compact fold, make Indie ready to go wherever you go.

Features

- Five Point adjustable safety harness

- Infant Headrest & Shoulder Pads

- Lockable Front Swivel Wheel

- 12" slim air inflated tires

- Adjustable handle height

- Spacious cargo basket

- Zip off canopy for maximum sun coverage

- Easy compact fold

BumbleRide Indie Stroller Image Gallery


Ruby -
Side
View


Koa -
Side
View


Bamboo
- Side
View


Bamboo
- With
Footmuff


Koa -
With
Footmuff


Ruby -
With
Footmuff


Marine -
With
Footmuff


Color
Selection


Compact
Fold

Copyright © 2006 Strollandgo.com. All Rights Reserved.



Single Strollers
Double Strollers

r



for the world that surrounds your baby

about us          products          where to buy          customer care          the buzz          register products



*available October 2007*

# maxtraveler
## 3 wheel stroller
## model: 101302

The Max Traveler will redefine your perception of today's modern stroller. It's striking new look and rugged construction will bring excitement and passion to the stroller buying experience. Beyond its visual appeal, you will see that it has many consumer advantages sure to please both parent and child. For the perfect balance of style, construction, feature and price, the Max Traveler is truly set apart from the rest of the market.

#### technical specs

- Lightweight aluminum "Easy-Steer" 3 wheel frame
- "Compact" fold
- Reclining "Comfort-Fit" stroller seat
- "Easy-Use" 5 point harness with comfort covers
- "Right-Fit" adjustable handle
- Parent tray with 2 cup holders and "Hide-Away" storage pocket
- Large 8" and 10" "Wide-Track", "Easy-Roll" wheels
- Front wheel swivel lock
- Oversized storage basket
- Newborn and up
- Children up to 45lbs; 55lbs max weight
- Free Recycling Program

Max Universal car seat support available

 red

 blue mocha

 black grey

view all


CERTIFIED

         


coming soon... the endangered species line
learn more


recycling program

home | contact us | terms and conditions                    ©2007 BabyPlanet. All Rights Reserved.

REGISTER PRODUCTS   FIND A RETAILER



YOUR CART   SEARCH   [     ] GO

**PRODUCTS**   **SHOPPING**   **ABOUT US**   **NEWS**   **CUSTOMER SUPPORT**   **FOR RETAILERS**

## Product Details

Interactive 360° View  |  **Product Details**  |  Extra Options

Select a Britax product from the list below:


Companion®


Roundabout®


Marathon™


Decathlon™


Boulevard™

Regent®

Parkway®


Monarch™


Preview®


Vigour™

Verve™

### Model | Vigour™





The Britax Vigour™ stroller/travel system rolls on to streets this fall.

**Forward Facing:**
Children up to 40 lbs.
Child should be ~6 months of age or older

The new Vigour™ is compatible with the Britax Companion® infant carrier to create a sleek and urban travel system. Using an easy Click & Go™ method it makes moving from car to stroller simple by just clicking the Companion infant carrier onto the light-weight aluminum stroller frame.

As your child grows, the removable Vigour seating unit, made of durable denier fabrics, can easily attach in either a forward or rear-facing position. The stroller conveniently folds flat with the seating unit attached; for a more compact fold, remove the seating unit

Unique to the Vigour are four-wheel stability with all-wheel suspension and one-touch dual rear brakes. Vigour also features a multi-height, five-point harness, reflective piping for added safety, a removable sun canopy and arm bar,

Special   Features

Home / About Us / News / Shopping / Products / Customer Support / Contact Us / Register Products
Find a Retailer / Shopping Cart / Privacy Policy / Legal & Copyrights / Site Map

Copyright © 2006 Britax® Child Safety, Inc. All Rights Reserved

Visit Britax Childcare Ltd.

REGISTER PRODUCTS    FIND A RETAILER



YOUR CART    SEARCH [                ] GO

PRODUCTS    SHOPPING    ABOUT US    NEWS    CUSTOMER SUPPORT    FOR RETAILERS

## Product Details

Select a Britax product from the list below:

Diaper Bag Tool View | **Product Details** | Fabric Options


Companion®


Roundabout®


Marathon™


Decathlon™


Boulevard™    Regent™    Parkway™


Monarch™


Preview®    Vigour™




Verve™

### Model | Verve™



Special Features

**Perfect for parents on the go.**

**Forward Facing:**
Children up to 40 lbs.
Child should be ~6 months of age or older

The sleek and stylish new Verve™ is a three-wheel, compact, effortlessly light weight aluminum stroller with simple fold/unfold capability and remains free standing when collapsed. It enhances maneuverability in tight spaces whether it's on the street or in the stores.

Features include a five-point harness with two shoulder heights, reflective piping for added safety, a large removable sun canopy and arm bar, all-wheel suspension, a single pedal to lock both rear wheels, easy-access storage basket, ergonomic foam grips, and multi-position recline.
The Verve is available in red and black fashions.

For a complete list of features, be sure to visit our interactive 360° product viewer.

Home / About Us / News / Shopping / Products / Customer Support / Contact Us / Register Products
Find a Retailer / Shopping Cart / Privacy Policy / Legal & Copyrights / Site Map

Copyright © 2006 Britax & Child Safety, Inc. All Rights Reserved

Britax
CHILDCARE

**Visit Britax Childcare Ltd.**

First class travel for children

Skip To Main Menu
Skip To Content

# Other Links

- Artwork Library
- Contact
- View Cart



# Main Menu

- About Us
- Products
- Retailers
- Press
- Support
- Community

# Current Section

Home > Products > Strollers > VISTA

# Products

- **Strollers**

    o VISTA
    o G-LiTE
- **Accessories**

    o VISTA Graco Infant Car Seat Adapter
    o VISTA Peg Perego Infant Car Seat Adapter
    o Piggyback
    o Bubble
    o VISTA Travel Bag
    o G-LiTE Travel Bag
- **Replacement Accessories**

    o Rain Cover for Seat
    o G-LiTE Rain Cover
    o Bug/Sunshade for Bassinet

   - o Bug/Sunshade for Seat
- **Gear**

   - o Easy-Fit Car and SUV Sunshade

## Related Products

- VISTA Graco Infant Car Seat Adapter
- VISTA Peg Perego Infant Car Seat Adapter
- Piggyback
- VISTA Travel Bag
- Rain Cover for Seat
- Bug/Sunshade for Bassinet
- Bug/Sunshade for Seat

# Products

## VISTA Stroller



enlarge

## Select a View



  - o Bug/Sunshade for Seat
- **Gear**

  - o Easy-Fit Car and SUV Sunshade

## Related Products

- VISTA Graco Infant Car Seat Adapter
- VISTA Peg Perego Infant Car Seat Adapter
- Piggyback
- VISTA Travel Bag
- Rain Cover for Seat
- Bug/Sunshade for Bassinet
- Bug/Sunshade for Seat

# Products

## VISTA Stroller



enlarge

## Select a View



- o Bug/Sunshade for Seat
- **Gear**

  - o Easy-Fit Car and SUV Sunshade

## Related Products

- VISTA Graco Infant Car Seat Adapter
- VISTA Peg Perego Infant Car Seat Adapter
- Piggyback
- VISTA Travel Bag
- Rain Cover for Seat
- Bug/Sunshade for Bassinet
- Bug/Sunshade for Seat

# Products

## VISTA Stroller



enlarge

## Select a View





 Home / Shop by Category / Strollers

**Shop by Product** ▶

Bassinets
Carriers
Crib Mattresses & Pads
Furniture
High Chairs
Playards
Safety Gates
Strollers
Swings & Bouncers
Walkers & Activity Centers

**Shop by Brand** ▶

Kolcraft
Contours
Jeep
Sesame Beginnings
Sealy

Customer Service
& Safety

[ Search ]



# Contours®
## Lite Stroller Plus
*ZL006*

Contours® Lite Plus Stroller Allows You to "Shape Your Style™". The Lightweight Frame & Sporty Single Front Swivel Wheels Makes Getting Around Town Trouble Free. Also iBaby™ Dok is for Babies Who Like Music to Follow them Wherever They Go.

### Features:

• Includes iPod® Dok with Speaker to Play iPod & iPod Mini
• 6" Front Single Swivel & 8" Rear Wheels for Easy Maneuvering
• Easy Trigger Fold is Convenient & Quick. Stroller Stands Upright on its Own!
• Removable Parent Cup Holder Keeps Your Drink Close
• Child Snack Tray with Extra Large Drink Holder Rotates & Removes for Easy Access
• Removable Infant Head Rest with Soft Micro Fleece Fabric Protects Newborn's Head
• Multi-Position Reclining Seat
• Canopy Blocks Sun
• Large Basket Accommodates All Baby's Gear
• Height Adjustable 5 Point Harness with Reflective Trim for Safety and Padded Sleeves for Comfort
• Fabric is Constructed of a Wind Resistant and Easy Wipe High Density Nylon Blend. Its Brushed Treatment Adds Softness While Still Being Durable

[+]Enlarge Image

**Alternate Image**



**Available Patterns**




Ruby          Cosmic

**Where to Buy**     Product Specs     Buying Guide     Product Instructions

**Retailers**

This product can be found at:

| | | |
|---|---|---|
| ▮ Ruby at: | Sears stores<br>Sears.com | |
| Cosmic at: | Meijer stores<br>Shopko stores<br>Target.com<br>Wal-Mart.com | |

© 2007 Kolcraft         About Kolcraft | FAQ | Site Map | Contact Us              Site by Raven Digital



miaM_DA

2007

strollers & travel systems  |  car seats  |  stores  |  gallery  |  contact  |  for retailers

cielo  |  energi  |  terra  |  libero  |  spirito

## Strollers

Mia Moda baby strollers and travel systems are designed for those who set trends rather than follow them. For them, fashion plays as much of an important part of their baby's life as it does in their own lives.

You'll never find them behind the curve.

We have a practical side as well. Mia Moda offers a wide variety of strollers with features ranging from sleek 21st century frame designs, ergonomic grips and height-adjusted handles to removable washable seat pads and all-wheel suspension.

Cielo    Energi    Terra    Libero    Spirito

Home  |  Site Map  |  Privacy  |  © 2007, Mia Moda







Opal

RAMATTI



Olive
03-01-19

Orange
03-01-02

Seat Saturn
Orange
03-03-22-4

Blue
03-01-18

Bassinet
orange
03-00-11-2

Bassinet
blue
03-0-05-3

Seat Saturn Blue
03-00-18-4

19

The Ramatti is extremely light aluminum frame the Opal stroller weighs only 12.7 kg. It has an exceptionally wide seat, five-point harness, one touch system back brake, five-position backrest recline, multi-position handle, swivel front wheels, and double blockade of folding. Standard set includes leg and rain cover.
Stroller Opal is compatible with Ramatti's baby car seat Saturn – so called Travel System.



# OPAL SPORT
## stroller

**Swivel front wheels**
with the blockade option allow for easy maneuvering

**Hand brake**
of rear wheels allow for fast and easy stop of the walk

**Shock absorbers**
in the back provide comfort on uneven surface, smooth and luxury terrain