JUDGE SULLIVAN

**07  CV  10720**

Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY  10016
Tel:  (212) 336-8000
Fax:  (212) 336-8001

ATTORNEYS FOR PLAINTIFF
Delta Enterprise Corp.



RECEIVED
NOV 3 0 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - x
DELTA ENTERPRISE CORP.,                   :
                                          :
                    Plaintiff,            :    Civil Action No.
                                          :
          v.                              :
                                          :
DOREL JUVENILE GROUP, INC.,               :
                                          :
                    Defendant.            :
- - - - - - - - - - - - - - - - - - - - x
```

### RULE 7.1 CORPORATE DISCLOSURE FOR DELTA ENTERPRISE CORP.,

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the

undersigned attorney of record for the Plaintiff Delta Enterprise Corp., hereby certifies

that the following are the corporate parents and publicly held corporations owning ten

percent (10%) or more of the stock of Delta Enterprise Corp.: NONE

385776.1

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
Attorneys for Plaintiff Delta Enterprise Corp.
90 Park Avenue
New York, New York  10016
(212) 336-8000

Dated:  November 30, 2007
       New York, New York

By _____
      Neil M. Zipkin