Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001



ATTORNEYS FOR PLAINTIFF
Delta Enterprise Corp.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
                                 :
DELTA ENTERPRISES CORP.,         :
                                 :
            Plaintiff,           :    Civil Action No. 07 CIV 10720 (RJS)
    v.                           :    District Judge Sullivan
DOREL JUVENILE GROUP             :    ~~Magistrate Judge Francis~~
                                 :
            Defendant.           :
---------------------------------x

### Notice of Dismissal
### Pursuant to Fed. R. Civ. P. Rule 41(a)

Please take notice that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff

Delta Enterprises Corp. hereby dismisses the above action without prejudice.

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN LLP
Neil M. Zipkin (NZ 4718)
Holly Pekowsky (HP 5034)
Attorneys for Plaintiff Delta Enterprise Corp.
90 Park Avenue
New York, New York 10016
(212) 336-8000

Dated: April 10, 2008              By _____
       New York, New York             Neil M. Zipkin

395805.1

SO ORDERED:
New York, NY
April 11, 2008

_____
U.S.D.J.

395805.1